# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| COLLEEN AND DANIEL NOVIT, Individually and On Behalf of their Minor Child, E.N., <br><br>Plaintiffs, <br><br>v. <br><br>METROPOLITAN SCHOOL DISTRICT OF WARREN TOWNSHIP, <br><br>Defendant. | ) ) ) ) ) ) ) ) CASE NO. 1:21-CV-02168-TWP-TAB ) ) ) ) ) |

## RESPONSE IN OPPOSITION TO
## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNTIMELY RESPONSE

Defendant, by counsel, objects to Plaintiff's request for leave to file an untimely response to Defendant's Motion for Partial Summary Judgment, and respectfully requests that this Court deny Plaintiff's Motion. In support, Defendant states as follows:

1. On July 5, 2022, Defendant filed its Motion for Partial Summary Judgment and Brief in Support of Motion for Partial Summary Judgement. (Dkt. 36 and 37).

2. Said pleadings were filed with the Court electronically through the Court's E-Filing (CM/ECF) system and service on Plaintiff was deemed completed on July 5, 2022 pursuant to S.D. Ind. L.R. 5-4(c)(5) and F.R.C.P. 5(b)(2)(E).

3. Plaintiff's response to Defendant's Motion for Partial Summary Judgment was due on August 2, 2022 pursuant to S.D. Ind. L.R. 56-1(b).

4. Plaintiff did not file a response or a motion for extension of time on or before August 2, 2022.

5. The day after the deadline expired, Plaintiff filed a Motion for Leave to File Untimely Response.

6. In Plaintiff's Motion for Leave to File Untimely Response, Plaintiff's Counsel advises that the response date was inadvertently placed on their computer system under the state court thirty (30) day deadline instead of the federal court twenty-eight (28) day deadline.

7. Plaintiff's Counsel asks the Court to overlook that failure to properly calendar a deadline and allow Plaintiff to file a belated and untimely Response to the Motion for Partial Summary Judgment.

8. Under Federal Rule of Civil Procedure 6(b)(1)(B), the Court may only grant a party's motion to extend the time for filing a response after a deadline has expired "if the party failed to act because of excusable neglect."

9. The excusable neglect standard "is a two-pronged inquiry" requiring the moving party to show: (a) that failure to meet the deadline was because of neglect; and (b) that his failure to act was excusable. *Zinger v. Freeman Decorating Co.,* 99 Fed. Appx. 70, 71 (7th Cir. 2004).

10. Although Plaintiff's counsel's failure to calendar the correct due date is certainly regrettable and unfortunate, it is not excusable neglect. *Marquez v. Mineta*, 424 F.3d 539, 541 (7th Cir. 2005); See also 1 Moore's Federal Practice §6.06[3][c] (3d ed. 1997) ("Ignorance of when a time period expires does not qualify as excusable neglect, nor does a busy schedule, lack of diligence, inadvertence, or other manifestations of carelessness or laxity.").

11. Here, Plaintiff has not offered any evidence that could show excusable neglect. Rather, Plaintiff's counsel has admitted to failing to calendar the correct deadline, which affirmatively shows the absence of excusable neglect.

WHEREFORE, Defendant, by counsel, objects to Plaintiff's Motion (Dkt. No. 39), respectfully requests that the Court deny Plaintiff's Motion, and for all other just and reasonable relief.

Respectfully Submitted,

/s/ Jessica Billingsley, #31890-29
Jessica Billingsley, #31890-29
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN  46060
317-773-2190 (phone)
317-773-5320 (fax)
jbillingsley@cchalaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th of August, 2022, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

Brandon E. Tate
brandon@wtbs-law.com

Benjamin A. Spandau
ben@wtbs-law.com

Katherine A. Piscione
katie@wtbs-law.com

                                                /s/ Jessica Billingsley, #31890-29
                                                Jessica Billingsley, #31890-29


CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN  46060
317-773-2190 (phone)
317-773-5320 (fax)